# United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In the matter of: ) | |
| ) | |
| Bennett, Jonathan E. ) | Chapter 13 Case No. 12-50866-JSD |
| Bennett, Shawna C., ) | |
| ) | |
| Debtor(s) ) | |

## NOTICE OF MODIFICATION OF PLAN AFTER CONFIRMATION

The Debtor(s) has filed a modification of the plan in this case, as shown on the copy attached hereto.

This modification may result in a reduction of the dividend to unsecured creditors. Secured and priority creditors may also be affected as shown in the modified plan.

Any holder of a secured claim that has accepted or rejected the plan is deemed to have accepted or rejected, as the case may be, the plan as modified, unless the modification provided for a change in the rights of such holder from what such rights were under the plan before modification, and such holder changes such holder's previous acceptance or rejection.

If you have legal grounds to object to the modified plan, or if you wish the Court to consider your views on the plan, you must file a written objection to the modified plan with the Clerk of the Bankruptcy Court before the expiration of twenty-one (21) days from the date stated in the certificate of service.

If you mail your objection to the court, you must mail it early enough so that it will be received within the time referenced above.

Any request for a hearing must also be mailed to the moving party.

If a timely request is filed, you will receive notice of the date, time and place of hearing.

If you or your attorney does not take these steps, the Court will decide that you do not oppose the modified plan and will enter an order confirming the plan as modified.

Date: 9/18/13

Lucinda Rauback, Acting Clerk
United States Bankruptcy Court
Southern District of Georgia
(Rev. 05/2012)

/s/ Edward F. Smith
Attorney for Debtor(s)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

In the matter of:

Bennett, Jonathan E.,
Bennett, Shawna C.,
   Debtor(s),

] Case No. 12-50866-JSD
]
]
] Chapter 13
]
]

## MODIFICATION TO CHAPTER 13 PLAN AFTER CONFIRMATION

1. The Debtor(s) hereby modify the plan confirmed previously in this case in the following respects:

 a. Increase payments as follows:

 b. Reduce payments as follows:
  Reduce payments to _____ for a minimum of 36 months.

 c. Surrender the following property:

  Surrender the 2005 Chevy Colorado to West Lake, allow deficiency.

 d. Other provisions:

  Maintain current Chapter 13 payment at $406.00 per month. Reduce dividend to the unsecured creditors to the amount paid to date. Reduce length of the plan to 36 months.

2. The Debtor(s) asserts as the basis for the modification the following facts:

 Debtors no longer wish to keep the 2005 Chevy Colorado as it is not running.

3. Except as provided herein, all terms of the plan as previously confirmed remain in full force and effect.

SS# _____

           _____
           (Debtor)

SS# _____

           Shawna Bennett
           (Joint Debtor)

Dated: 9/18/13

## CERTIFICATE OF SERVICE

I, Edward F. Smith, attorney for Jonathan and Shawna Bennett, certify that I served a copy of the Debtor's Modification to Chapter 13 Plan after Confirmation and Notice of Modification after Confirmation on the following parties:

>M. Elaina Massey
>Chapter 13 Trustee
>P.O. Box 1717
>Brunswick, Georgia 31521

The following were sent a notice by electronic mail:

>Kirby R. Moore ikkin18j@bellsouth.net

By depositing the same in the United States mail, to said parties in properly addressed envelopes with sufficient postage affixed to ensure delivery.

I certify under penalty of perjury that the foregoing is true and correct.

This the 18th day of September, 2013.

>/s/ Edward F. Smith
>Edward F. Smith

The Law Office of Edward F. Smith
Post Office Box 792
Waycross, Georgia 31502
(912) 287-0055
Georgia Bar No. 656823

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113J-5<br>Case 12-50866-JSD<br>Southern District of Georgia<br>Waycross<br>Wed Sep 18 17:12:36 EDT 2013 | AT & T Mobility<br>P.O. Box 537104<br>Atlanta, GA  30353-7104 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>James Grudus, Esq.<br>One AT&T Way, Room 3A218<br>Bedminster, NJ 07921-2693 |
| Aaron Sales And Lease Ownership<br>2275 Memorial Dr<br>Waycross, GA 31501-0902 | Access Loan Company Of Waycross<br>414 Lott St<br>Waycross, GA 31501-3640 | Alma Telephone<br>P.O. Box 2006<br>Alma, GA 31510-0906 |
| American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK  73126-8941 | American InfoSource LP as agent for<br>Verizon<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Appling County Hospital<br>163 E Tollison St<br>Baxley, GA 31513-0144 |
| Arincollect<br>110 Anderson Way<br>Brunswick, GA 31520-1601 | Auto Credit Of Macon<br>3780 Northside Dr, Ste 130<br>Macon, GA 31210-2435 | Auto Credit Of Macon<br>3830 Bloomfield Village Dr<br>Macon, GA 31206-3610 |
| Bacon County Hospital<br>P.O. Box 1987<br>Alma, GA 31510-0987 | Bacon County Magistrate Court<br>P.O. Box 389<br>Alma, GA 31510-0389 | Bellsouth Telecommunications, Inc.<br>%AT&T Services Inc.<br>Karen A. Cavagnaro - Lead Paralegal<br>One AT&T Way, Room 3A 231<br>Bedminster, NJ 07921-2693 |
| Jonathan E. Bennett<br>108 Raccoon Rd<br>Alma, GA 31510-7132 | Shawna C. Bennett<br>108 Raccoon Rd<br>Alma, GA 31510-7132 | Credit Bureau Associates<br>321 Main St<br>Tifton, GA 31794-4897 |
| Darling Emergency Physicians<br>P.O. Box 37614<br>Philadelphia, PA 19101-0614 | Dish Network<br>Dept 0063<br>Palatine, IL 60055-0001 | FNB South<br>P.O. Box 2028<br>Alma, GA 31510-0928 |
| Fargo Finance<br>212 W 12th St<br>Alma, GA  31510 | First Franklin Financial<br>P.O. Box 422<br>Alma, GA 31510-0422 | Franklin Collection Services<br>P.O. Box 3910<br>Tupelo, MS 38803-3910 |
| Hughes Network Systems<br>P.O. Box 96874<br>Chicago, IL 60693-6874 | Jessica Griffin<br>3811 Jamestown Rd<br>Waycross, GA 31503-0200 | Loan South Finance<br>602 N Peterson Ave<br>Douglas, GA 31533-4912 |
| Marlin Medclr<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | M. Elaina Massey<br>Post Office Box 1717<br>Brunswick, GA 31521-1717 | Mayo Clinic Health Systems In Waycross<br>Satilla Health Services, Inc.<br>1900 Tebeau St<br>Waycross, GA 31501-6357 |

*Exhibit A* (handwritten)

(p)MODERN LOAN COMPANY
P O BOX 212
BAXLEY GA 31515-0212

Kirby R. Moore
Kirby R. Moore, LLC
961 Walnut Street
Macon, GA 31201-1906

Morris Finance And Tax Service
3592 Highway 84 East
Blackshear, GA 31516-2205

Morris Finance Company And Tax Service
150 Luckie St Suite E
Baxley, Ga 31513-0351

Regional Recovery Bureau
P.O. Box 278
Waycross, GA 31502-0278

S & S Loans
414 Lott St
Waycross, GA 31501-3640

SFC-Central Bankruptcy
P.O. Box 1893
Spartanburg, S.C. 29304-1893

(p)SECURITY FINANCE CENTRAL BANKRUPTCY
P O BOX 1893
SPARTANBURG SC 29304-1893

Security Finance
P.O. Box 1893
Spartanburg, SC 29304-1893

Edward F. Smith
Law Office of Edward F. Smith
P O Box 792
Waycross, GA 31502-0792

Verizon Wireless
P.O. Box 660108
Dallas, TX 75266-0108

Verizon Wireless Bankruptcy Admin
P.O. Box 3397
Bloomington, IL 61702-3397

Westlake Financial Services
137 North Virgil Ave #100
Los Angeles, CA 90004-4811

Westlake Financial Services
4751 Wilshire Blvd., Suite &#035;10
Los Angeles, CA 90010-3827

World Acceptance Corporation
P.O. Box 6429
Greenville, SC 29606-6429

World Finance
636 Plant Ave
Waycross, GA 31501-3511

World Finance Corporation
1018 South Pierce Street
Alma, GA 31510-3716